**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 16-cr-00055-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

HUGO SANCHEZ-MARTINEZ,

       Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (ECF No. 28) pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On April 7, 2016, the United States and defendant Hugo Sanchez-Martinez entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 US.C. § 1028(b)(5) and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 23).

THAT the requisite nexus exists between the below-identified property and the offense to which defendant Hugo Sanchez-Martinez pleaded guilty.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the following:

1. One Gateway Desktop Tower;
2. One Acer All In One computer;
3. One Dell Inspiron 530S;
4. Six thumb drives;
5. Two Card Printers (Fargo and Persona brands);
6. One Sanyo camera;
7. One Black Kyocera Mobile Phone;
8. One Black/Silver Kyocera Mobile Phone;
9. One White Samsung Galaxy Note 4 Mobile Phone
10. One Western Digital Hard Drive;
11. Two Card/Paper Cutters;
12. Various paper, card stock, printer film and foils;
13. Bulk Printer / Foil Cartridges; and
14. Bulk paper / Trash clippings

is forfeited to the United States in accordance with 18 US.C. § 1028(b)(5). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 US.C. § 1028(b)(5) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED this 8th day of April, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge